IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET FULLERTON ROMANOV HENDERSON, | |
| Plaintiff, | No. 2:10-cv-00536 GEB KJN PS |
| v. | |
| HISTORICAL NAVAL MARITIME FOUNDATION, THE NAVY-THE ROYAL NAVY, | <u>ORDER</u> |
| Defendants. | |

Presently before the court is plaintiff's "Motion to Parties of Filing of Dismissal Without Prejudice (Wrong Court)," which plaintiff filed on March 9, 2010. (Dkt. No. 8.) The undersigned construes plaintiff's motion as a notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), which provides that "the plaintiff may dismiss an action without a court order by filing . . . (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . . ." None of the defendants has filed an answer or motion for summary judgment in this action. Accordingly, this action is hereby dismissed without prejudice and all dates are vacated.

The parties may disregard the minute order entered by the court on March 11,

1

1  2010, which directed plaintiff to re-notice her motion in accordance with Local Rule 230(b).
2  (Dkt. No. 9.)  That minute order is hereby vacated.
3  **IT IS SO ORDERED.**
4  DATED:  March 11, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE